# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **TOT POWER CONTROL, S.L.,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO. 6:21-CV-00107-ADA** |
| **AT&T, INC., AT&T CORP., AND AT&T MOBILITY LLC,** | § § § § | |
| *Defendants.* | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Defendants hereby notify the Court that Mark D. Siegmund of Walt Fair, PLLC, 1508 North Valley Mills, Texas 76710 makes a formal entry of appearance in the above-styled and numbered causes as counsel for Defendants AT&T, Inc., AT&T Corp., and AT&T Mobility LLC. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED:  February 18, 2021	Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Defendants AT&T, Inc., AT&T Corp., and AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 18th of February 2021.

/s/ *Mark D. Siegmund*
Mark D. Siegmund