IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant. | C.A. No. 6:21-cv-00107-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff ToT Power Control, S.L. and Defendant AT&T Mobility LLC hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on February 1, 2021. There was one extension through and until April 12, 2021.

## RESPONSE TO THE COMPLAINT

Defendant filed its Answer on April 12, 2021. There are no counterclaims other than counterclaims for non-infringement and invalidity.

## PENDING MOTIONS

There are no pending motions in this case other than motions to appear *pro hac vice*.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following case in this Judicial District include common asserted patents:

*TOT Power Control, S.L. v. T-Mobile USA, Inc.*, W.D.Tex. 6:21-cv-00109-ADA.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and will disclose its asserted claims with its Preliminary Infringement Contentions no less than one week before the CMC.

## APPOINTMENT OF TECHNICAL ADVISER

At this time, the parties do not believe that a technical adviser is needed to assist with claim construction or other technical issues , but instead defer to the Court's guidance and preference. As the case progresses, the parties will inform the Court if they believe a change of position is necessitated.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on April 19, 2021. The parties have no pre-Markman issues to raise at the CMC.

Dated: April 21, 2021                     Respectfully submitted,

By: */s/ Erick Robinson*
Erick Robinson (TX Bar No. 24039142)
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6615
Mobile: (713) 498-6047
Fax: (713) 583-9737
erobinson@porterhedges.com
*Counsel for Plaintiff ToT Power Control, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Erick Robinson*
*Erick Robinson*