**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TOT POWER CONTROL, S.L., | |
| Plaintiff, | Case No. 6:21-cv-00107-ADA |
| vs. | **JURY TRIAL DEMANDED** |
| AT&T MOBILITY LLC, | |
| Defendant, | |
| ERICSSON INC., | |
| Intervenor. | |

<u>**ORDER GRANTING ERICSSON'S MOTION FOR LEAVE TO INTERVENE**</u>

Before the Court is Movant-Intervenor Ericsson Inc.'s ("Ericsson") Motion for Leave to Intervene (the "Motion"). Ericsson moved to intervene pursuant to Federal Rule of Civil Procedure 24(a) or, in the alternative, pursuant to Rule 24(b). Having considered the Motion, and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED. Accordingly, Ericsson is permitted to intervene in these actions and is GRANTED LEAVE to file a responsive pleading in intervention within forty-eight (48) hours of entry of this Order.

SO ORDERED.


Dated: _____          _____
                                      ALAN D ALBRIGHT
                                      UNITED STATES DISTRICT JUDGE