# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY LLC, <br><br> Defendant, <br><br> ERICSSON INC., <br><br> Intervenor. | Case No. 6:21-cv-00107-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Please take notice that Docket No. 41-1, the Declaration of John R. Gibson in Support of Ericsson's Replies in Support of its Motion for Leave to Intervene, and Docket Nos. 41-2 through 41-8, Exhibits A – G to the Declaration, were originally publically filed and have now been sealed by the Court at the request of attorneys for Movant-Intervenor Ericsson Inc.

Dated: June 21, 2021

Respectfully submitted,

By: */s/ Gilbert A. Greene*
Gilbert A. Greene (TX Bar #24045976)
Email: BGreene@duanemorris.com
**DUANE MORRIS LLP**
Las Cimas IV
900 S. Capital of Texas Highway, Suite 300
Austin, TX 78746
Telephone: (512) 277-2246
Facsimile: (512) 597-0703

John R. Gibson (GA Bar #454507)
Email: jrgibson@duanemorris.com
(*pro hac vice* granted)
David C. Dotson (GA Bar # 138040)
Email: dcdoton@duanemorris.com

(*pro hac vice* granted)
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Joseph A. Powers (PA Bar #84590)
Email:  JAPowers@duanemorris.com
(*pro hac vice* to be submitted)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1000
Facsimile: (215)-979-1020

Kevin P. Anderson (DC Bar #476504 - NC Bar #29083)
Email:  KPAnderson@duanemorris.com
(*pro hac vice* to be submitted)
**DUANE MORRIS LLP**
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7800
Facsimile: (202) 776-7801

***ATTORNEYS FOR MOVANT-INTERVENOR ERICSSON INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically on June 21, 2021 pursuant to Local Civil Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

/s/ *Gilbert A. Greene*
Gilbert A. Greene