IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant. | C.A. No. 6:21-cv-00107-ADA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW

Pursuant to this Court's *Order Governing Proceedings - Patent Case*, Plaintiff TOT Power Control, S.L. ("TOT") hereby notifies the Court of the following *Inter Partes* Review petition.

On June 11, 2021, proposed intervenor Ericsson Inc., who has also moved to intervene in TOT Power Control, S.L. v. T-Mobile USA, Inc., No. 6:21-cv-00109-ADA (W.D. Tex.), filed a Petition for *Inter Partes* Review of U.S. Patent No. 7,532,865, one of the two patents asserted in this case. The Notice of Filing Date Accorded was dated June 23, 2021. Consequently, the Anticipated Institution Decision date is December 23, 2021 and the Anticipated Final Written Decision (if instituted) date is December 23, 2022.

Dated:  June 25, 2021

OF COUNSEL:

Mark S. Raskin
John F. Petrsoric
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com

Respectfully submitted,

By: /s/ Erick S. Robinson
Erick S. Robinson
Texas State Bar No. 24039142
erobinson@porterhedges.com
PORTER HEDGES PLLC
1000 Main Street, 36th Floor
Houston, Texas 77002
TEL: (713) 226-6615
FAX: (713) 226-6215

*Attorneys for Plaintiff*
*TOT Power Control, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, the foregoing was filed electronically in compliance with Local Rule CV-5(b)(1) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

*/s/ Erick S. Robinson*
Erick S. Robinson