# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00107-ADA |
| | § | |
| AT&T, INC., AT&T CORPORATION, | § | |
| AT&T MOBILITY LLC, AT&T MOBILITY | | |
| LLC, ERICSSON INC., TOT POWER | | |
| CONTROL, S.L., ERICSSON INC., NOKIA | | |
| OF AMERICA CORP. | | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

MARKMAN HEARING by Zoom on January 24, 2022  at  03:00 PM.


IT IS SO ORDERED this 4th day of January, 2022.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE