IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T MOBILITY LLC ET AL,<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION<br><br>*Intervenor-Defendant*,<br><br>ERICSSON INC.,<br><br>*Intervenor-Defendant*. | Case No. 6:21-CV-00107-ADA<br><br>**JURY TRIAL DEMANDED** |
| TOT POWER CONTROL, S.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>*Defendant*,<br><br>NOKIA OF AMERICA CORPORATION<br><br>*Intervenor-Defendant*,<br><br>ERICSSON INC.,<br><br>*Intervenor-Defendant*. | Case No. 6:21-CV-00109-ADA<br><br>**JURY TRIAL DEMANDED** |

**<u>PLAINTIFF'S NOTICE OF DECISION REGARDING ASSERTED PATENTS</u>**

1

Plaintiff TOT POWER CONTROL, S.L., ("ToT" or "Plaintiff") hereby files this Notice of Decision Regarding Asserted Patents in support of its Responsive Claim Construction Briefs. (No. 6:21-CV-00107, Dkt. 69; No. 6:21-CV-00109, Dkt 62.) The decision attached as Exhibit A is a copy of the Memorandum Order of the U.S. District Court for the District of Delaware in *ToT Power Control, S.L. v. Apple Inc. et al.,* Nos. 1:21-cv-01302, -01304, -01305 (D. Del.) (Dkt. 297) pertaining to claim construction for U.S. Patent Nos. 7,532,865 and 7,496,376, which are also asserted in the above-styled matters before this Court. A summary of the relevant claim constructions is attached as Exhibit B.

Dated: February 14, 2025

Respectfully submitted,

*/s/ Andrew G. DiNovo*
Andrew G. DiNovo
Texas State Bar No. 00790594
adinovo@dinovoprice.com
Christopher V. Goodpastor
Texas State Bar No. 00791991
cgoodpastor@dinovoprice.com
Adam G. Price
Texas State Bar No. 24027750
aprice@dinovoprice.com
Gabriel R. Gervey
Texas State Bar No. 24072112
ggervey@dinovoprice.com
**DINOVO PRICE LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 727-6691

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/   Andrew G. DiNovo*
                                              Andrew G. DiNovo