IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION<br><br>    Intervenor-Defendant,<br><br>ERICSSON INC.,<br><br>    Intervenor-Defendant. | JURY TRIAL DEMANDED<br><br>Case No. 6:21-CV-00107-ADA |
| TOT POWER CONTROL, S.L.,<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant,<br><br>NOKIA OF AMERICA CORPORATION<br><br>    Intervenor-Defendant,<br><br>ERICSSON INC.,<br><br>    Intervenor-Defendant. | JURY TRIAL DEMANDED<br>Case No. 6:21-CV-00109-ADA |

**SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| February 27, 2025 | *Markman* Hearing at 9:00 a.m. |
| March 14, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |

1

| | |
|---|---|
| April 10, 2025 | Deadline to add parties |
| May 30, 2025 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| June 19, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. (Note: This includes amendments in response to a 12(c) motion.) |
| August 28, 2025 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| December 11, 2025 | Close of Fact Discovery |
| January 22, 2026 | Opening Expert Reports |
| March 5, 2026 | Rebuttal Expert Reports |
| March 12, 2026 | Deadline for parties to submit agreement about sequencing of trials between AT&T and T-Mobile or submit dispute to the Court via its email procedure. |
| March 26, 2026 | Close of Expert Discovery |
| April 2, 2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 6, 2026* | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| April 9, 2026 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge |
| April 23, 2026* | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| May 7, 2026* | Serve objections to pretrial disclosures/rebuttal disclosures. |
| May 14, 2026* | Serve objections to rebuttal disclosures; file motions *in limine*. |

| | |
|---|---|
| May 21, 2026* | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine.*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims require leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| May 28, 2026* | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdavis@yahoo.com<br><br>Deadline to file replies to motions *in limine* |
| June 11, 2026* | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine.* |
| June 22, 2026* | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |
| June 25, 2026* | Final Pretrial Conference.  Held in person unless otherwise requested. |
| July 13, 2026* | Jury Selection/Trial for the first trial. |
| September 14, 2026** | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| October 1, 2026** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims require leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| October 8, 2026** | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court |

|  | Reporter, Kristie Davis at kmdavis@yahoo.com<br><br>Deadline to file replies to motions *in limine* |
|---|---|
| October 15, 2026** | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| October 19, 2026** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| October 22, 2026** | Final Pretrial Conference.  Held in person unless otherwise requested. |
| November 9, 2026** | Jury Selection/Trial for the second trial. |

\* This deadline is for the first trial only.
\*\* This deadline is for the second trial only.

ORDERED this _____ day of _____, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE